COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00266-CV |
| Style: | Unocal Pipeline Co. v. BP Pipelines (Alaska) Inc., ConocoPhillips Transportation Alaska, Inc. and ExxonMobil Pipeline Co. |
| Date motions filed[*]: | September 3, 2015 |
| Type of motions: | Motions to Appear *Pro Hac Vice* by Lara E. Romansic and Steven G. Reed |
| Parties filing motions: | Appellees BP Pipelines (Alaska) Inc., ConocoPhillips Transportation Alaska, Inc., and ExxonMobil Pipeline Co. |
| Document to be filed: | N/A |

Is appeal accelerated?     No.

Ordered that motions are:

☐ Granted

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

The motions to appear *pro hac vice* by non-resident attorneys Lara E. Romansic and Steven G. Reed are **denied without prejudice** to refiling with the required motions in support by a Texas resident attorney. *See* TEX. RULES GOVERN. BAR ADM'N, RULE XIX(b) (2015) ("The motion of the non-resident attorney seeking permission to participate in Texas proceedings must be accompanied by motion of the resident practicing Texas attorney with whom the non-resident attorney will be associated in the proceeding of a particular cause. . . .").

Judge's signature: /s/ Evelyn V. Keyes
            ☒ Acting individually      ☐ Acting for the Court

Date:  February 15, 2015